**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Byron Sigcho Lopez, et al.
Plaintiff,
v.
Case No.: 1:26−cv−09156
Honorable Franklin U. Valderrama
Illinois State Board of Elections, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 1, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants Defendant' unopposed motion for leave to file overlength brief in support of their combined motion to dismiss and in response to Plaintiffs' amended motion for a preliminary injunction [28]. The Court will consider Defendants' 30−page memorandum. In light of Defendants' combined filing, the Court modifies the briefing schedule it entered on 8/21/2026 [24] as follows: Plaintiffs' combined reply in support of their preliminary injunction and response to Defendants' motion to dismiss is due on or before 9/4/2026; Defendants' reply in support of their motion to dismiss is due 9/11/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.