UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BYRON SIGCHO LOPEZ,<br>JOSE GUERRA,<br><br>Plaintiff,<br>v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS, and its members, in their official capacities, LAURA K. DONAHUE, Chair, RICK S. TERVEN, SR., Vice Chair, JENNIFER M. BALLARD CROFT, CRISTINA D. CRAY, TONYA L. GENOVESE, CATHERINE S. McCRORY, JACK VRETT, and CASSANDRA B. WATSON,<br><br>Defendants. | ) | No. 26-cv-9156<br><br>Hon. Franklin U. Valderrama |

**<u>Plaintiffs' Unopposed Motion for Additional Pages in their combined Response to Defendants' Motion to Dismiss and Reply in Support of Plaintiffs' Motion for Preliminary Injunction</u>**

Plaintiffs, Byron Sigcho Lopez and Jose Guerra, file their unopposed motion for additional pages in excess of the 15 page limit in LR 7.1 for their combined response to Defendants' motion to dismiss and reply in support of motion for preliminary injunction, and further state as follows.

1. Defendants filed a combined response to Plaintiffs' motion for preliminary injunction and motion to dismiss, which addressed both FRCP Rule 12(b)(1) and (b)(6) arguments as well as opposition to Plaintiffs' motion for preliminary injunction.

2. Plaintiffs' counsel filed a combined response/reply on Sept. 4, 2026, but was not able to meet the 15 page limit governed by LR 7.1, and required additional pages to adequately address the issues presented.

3. Defendants do not oppose this motion.

4. This motion is brought in good faith and no prejudice will result to Defendants by the granting of additional pages requested in this motion.

Wherefore, Plaintiffs respectfully request that this Court grant their motion for leave, *nunc pro tunc* to Sept. 4, 2026, to file their combined response to Defendants' motion to dismiss and reply in support of Plaintiffs' motion for preliminary injunction.

Respectfully submitted:

By: /s/ Andrew Finko
One of Plaintiffs' attorneys

Andrew Finko
20 N. Clark St.
Suite 3300
Chicago, IL 606102
P (773) 480-0616
Finkolaw@Fastmail.FM

**Certificate of Service**

I, the undersigned attorney, certify under penalty of perjury that on **September 5, 2026**, I electronically filed the foregoing Motion with the Clerk of the District Court for the Northern District of Illinois using the CM/ECF which sends an email with a download link of this filing to all counsel of record. Pursuant to FED. R.CIV.P. 5(b)(3) and the Northern District of Illinois' LR 5.9, I have thereby electronically served all Filing Users with a copy of the foregoing filing.

/s/ Andrew Finko